**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-CR-00130-LTB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

1.     LAZARO ZACAMOLPA-XAHUERTITA,
        Defendant.

_____

ORDER REGARDING MOTION PURSUANT TO RULE OF CRIMINAL PROCEDURE 17(b) and 17(c)(1) REQUESTING THAT THE COURT ISSUE A SUBPOENA *DUCES TECUM* TO DISTRICT ATTORNEY'S OFFICE FOR THE 6TH JUDICIAL DISTRICT

_____

THE COURT, having considered the Defendant's Motion, does hereby ORDER that the Clerk of the Court, pursuant to Rule 17, issue a blank subpoena, signed and sealed, to the Defense, for service on the District Attorney's Office for the 6th Judicial District.

DATED this   22nd   day of December, 2005.

    s/Lewis T. Babcock
CHIEF JUDGE BABCOCK