**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00130-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      LAZARO ZACAMOLPA-XAHUENTITLA,

        Defendant.

_____

**ORDER**
_____

This matter having come on for consideration upon the Government's Motion to Dismiss Count Four of the Indictment as to Lazaro Zacamolpa-Xahuentitla, the Court, upon due consideration, hereby Orders that Count Four of the Indictment in the above-referenced case is hereby dismissed with prejudice.

Dated this 2nd day of June 2006.

                                          BY THE COURT:

                                           s/Lewis T. Babcock
                                           LEWIS T. BABCOCK, Chief Judge